**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case  No. 11-43974-DRC |
| | § | |
| WILLIAM C MILLER | § | |
| DEBORAH B MILLER | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/28/2011.  The undersigned trustee was appointed on 10/28/2011.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.      The trustee realized gross receipts of                                    $25,000.00

        Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $1,250.00 |
| Bank service fees | $336.54 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $23,413.46 |

        The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6.  The deadline for filing non-governmental claims in this case was <u>05/04/2012</u> and the deadline for filing government claims was <u>05/04/2012</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$3,250.00</u>.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$3,250.00</u>, for a total compensation of <u>$3,250.00</u>[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$90.00,</u> for total expenses of <u>$90.00</u>.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>01/31/2013</u>                    By:   <u>/s/ David E. Grochocinski</u>
                                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1

| Case No.: | 11-43974-DRC |
|---|---|
| Case Name: | MILLER, WILLIAM C AND MILLER, DEBORAH B |
| For the Period Ending: | 1/31/2013 |

| Trustee Name: | David E. Grochocinski |
|---|---|
| Date Filed (f) or Converted (c): | 10/28/2011 (f) |
| §341(a) Meeting Date: | 05/04/2012 |
| Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 233 Shady Lane, Downers Grove, IL 60515 | $221,000.00 | $9,934.00 | | $25,000.00 | FA |
| 2 | CASH ON HAND | $1,100.00 | $0.00 | | $0.00 | FA |
| 3 | FURNITURE | $500.00 | $0.00 | | $0.00 | FA |
| 4 | CAMERA | $500.00 | $0.00 | | $0.00 | FA |
| 5 | HARRIS BANK CHECKING ACCOUNT | $3,016.00 | $0.00 | | $0.00 | FA |
| 6 | CLOTHING | $350.00 | $0.00 | | $0.00 | FA |
| 7 | OLDER FUR COAT | $100.00 | $0.00 | | $0.00 | FA |
| 8 | 401K | $52,000.00 | $0.00 | | $0.00 | FA |
| 9 | PENSION | $2,500.00 | $0.00 | | $0.00 | FA |
| 10 | WFM STUDIOS INC (S CORP | $1.00 | $1.00 | | $0.00 | FA |
| 11 | 2011 ANTICIPATED TAX REFUND | $500.00 | $0.00 | | $0.00 | FA |
| 12 | 1999 MAZDA PROTEGE | $1,557.00 | $0.00 | | $0.00 | FA |
| 13 | 2004 HONDA VTX1300 | $4,175.00 | $0.00 | | $0.00 | FA |
| 14 | 1998 SUZUKI 1400 INTRUDE 1400 | $500.00 | $0.00 | | $0.00 | FA |
| | **TOTALS (Excluding unknown value)** | **$287,799.00** | **$9,935.00** | | **$25,000.00** | |

**Gross Value of Remaining Assets**   $0.00

**Major Activities affecting case closing:**
WAITING FOR TAX RETURNS

| Initial Projected Date Of Final Report (TFR): | | **Current Projected Date Of Final Report (TFR):** | 12/30/2013 |
|---|---|---|---|

/s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

Exhibit B

Page No: 1

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 11-43974-DRC
**Case Name:** MILLER, WILLIAM C AND MILLER, DEBORAH B
**Primary Taxpayer ID #:** ******3888
**Co-Debtor Taxpayer ID #:** ******3889
**For Period Beginning:** 10/28/2011
**For Period Ending:** 1/31/2013

**Trustee Name:** David E. Grochocinski
**Bank Name:** Green Bank
**Checking Acct #:** ******7401
**Account Title:**
**Blanket bond (per case limit):** $5,000,000.00
**Separate bond (if applicable):**

| 1 Transaction Date | 2 Check / Ref. # | 3 Paid to / Received From | 4 Description of Transaction | Uniform Tran Code | 5 Deposit $ | 6 Disbursement $ | 7 Balance |
|---|---|---|---|---|---|---|---|
| 04/10/2012 | (1) | Deborah Miller | SALE OF REAL PROPERTY | 1110-000 | $25,000.00 | | $25,000.00 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $26.02 | $24,973.98 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $40.30 | $24,933.68 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $40.23 | $24,893.45 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $38.87 | $24,854.58 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $43.98 | $24,810.60 |
| 09/19/2012 | 3001 | KIM WIRTZ | BROKER FEES | 3510-000 | | $1,250.00 | $23,560.60 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $34.67 | $23,525.93 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $37.96 | $23,487.97 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $39.12 | $23,448.85 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $35.39 | $23,413.46 |

| | | Deposit $ | Disbursement $ |
|---|---|---|---|
| **TOTALS:** | | $25,000.00 | $1,586.54 |
| **Less: Bank transfers/CDs** | | $0.00 | $0.00 |
| **Subtotal** | | $25,000.00 | $1,586.54 |
| **Less: Payments to debtors** | | $0.00 | $0.00 |
| **Net** | | $25,000.00 | $1,586.54 |

**For the period of 10/28/2011 to 1/31/2013**

| | |
|---|---|
| Total Compensable Receipts: | $25,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $1,586.54 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,586.54 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/10/2012 to 1/31/2013**

| | |
|---|---|
| Total Compensable Receipts: | $25,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $1,586.54 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,586.54 |
| Total Internal/Transfer Disbursements: | $0.00 |

Exhibit B

Page No: 2

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-43974-DRC | Trustee Name: | David E. Grochocinski |
| Case Name: | MILLER, WILLIAM C AND MILLER, DEBORAH B | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******3888 | Checking Acct #: | ******7401 |
| Co-Debtor Taxpayer ID #: | ******3889 | Account Title: | |
| For Period Beginning: | 10/28/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/31/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
| | | | | $25,000.00 | $1,586.54 | $23,413.46 |

**For the period of 10/28/2011 to 1/31/2013**

| | |
|---|---|
| Total Compensable Receipts: | $25,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,586.54 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,586.54 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/28/2011 to 1/31/2013**

| | |
|---|---|
| Total Compensable Receipts: | $25,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,586.54 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,586.54 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

**CLAIM ANALYSIS REPORT**

Exhibit C

Page No: 1

David E. Grochocinski
1/31/2013

Case No.: 11-43974-DRC
Case Name: MILLER, WILLIAM C AND MILLER, DEBORAH B
Claims Bar Date: 05/04/2012

Trustee Name:
Date:

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | DAVID E. GROCHOCINSKI 1900 Ravinia Place Orland Park IL 60451 | 05/10/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,250.00 | $3,250.00 | $0.00 | $0.00 | $0.00 | $3,250.00 |
| * | DAVID E. GROCHOCINSKI 1900 Ravinia Place Orland Park IL 60451 | 05/10/2012 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $90.00 | $90.00 | $0.00 | $0.00 | $0.00 | $90.00 |
|  | SCOTT, HOREWTICH, PIDGEON & ABRAMS, LLC 2150 E Lake Cook Road Suite 560 Buffalo Grove IL 60089 | 01/31/2013 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $1,981.00 | $1,981.00 | $0.00 | $0.00 | $0.00 | $1,981.00 |
|  | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 01/31/2013 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $74.60 | $74.60 | $0.00 | $0.00 | $0.00 | $74.60 |
|  | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 01/31/2013 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $3,537.50 | $3,537.50 | $0.00 | $0.00 | $0.00 | $3,535 |
| 4 | AMERICAN HONDA FINANCE CORPORATION NATIONAL BANKRUPTCY CENTER P.O. BOX 168088 IRVING TX 750168088 | 02/17/2012 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Disallowed | 4110-000 | $0.00 | $14,750.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   (4-1) Lease Contract

* There is an objection filed for this claim

**CLAIM ANALYSIS REPORT**

Page No: 2  Exhibit C

| Case No. | 11-43974-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | MILLER, WILLIAM C AND MILLER, DEBORAH B | | Date: | 1/31/2013 |
| Claims Bar Date: | 05/04/2012 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PHARIA L.L.C. C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE WA 98121 | 02/09/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,598.72 | $1,598.72 | $0.00 | $0.00 | $0.00 | $1,598.72 |
| 2 | PHARIA L.L.C. C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE WA 98121 | 02/09/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $220.00 | $220.00 | $0.00 | $0.00 | $0.00 | $220.00 |
| 3 | CAPITAL ONE, N.A. c/o Creditors Bankruptcy Service P.O. Box 740933 Dallas TX 75374 | 02/16/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,231.28 | $2,231.28 | $0.00 | $0.00 | $0.00 | $2,231.28 |
| 5 | EDFINANCIAL SERVICES FOR IDAPP Illinois Designated Account Purchase Pro 120 N Seven Oaks Drive Knoxville TN 37922 | 02/22/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $13,458.99 | $13,458.99 | $0.00 | $0.00 | $0.00 | $13,458.99 |

**Claim Notes:**  (5-1) student loans

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | FIA CARD SERVICES NA/SUCCESSOR TO Bank of America NA(USA)MBNA Amer Bk NA PO Box 15102 Wilmington DE 198865102 | 02/27/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,197.63 | $7,197.63 | $0.00 | $0.00 | $0.00 | $7,197.63 |

Exhibit C

**CLAIM ANALYSIS REPORT**

**Page No:** 3

**Case No.** 11-43974-DRC
**Case Name:** MILLER, WILLIAM C AND MILLER, DEBORAH B
**Claims Bar Date:** 05/04/2012

**Trustee Name:** David E. Grochocinski
**Date:** 1/31/2013

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | FIA CARD SERVICES NA/SUCCESSOR TO Bank of America NA(USA)MBNA Amer Bk NA PO Box 15102 Wilmington DE 198865102 | 02/27/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,984.20 | $3,984.20 | $0.00 | $0.00 | $0.00 | $3,984.20 |
| 8 | AMERICAN EXPRESS CENTURION BANK c o Becket and Lee LLP POB 3001 Malvern PA 193550701 | 03/06/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $588.72 | $588.72 | $0.00 | $0.00 | $0.00 | $588.72 |

**Claim Notes:** (8-1) CREDIT CARD DEBT

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | AMERICAN INFOSOURCE LP AS AGENT FOR Target PO Box 248866 Oklahoma City OK 731248866 | 03/14/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $701.72 | $701.72 | $0.00 | $0.00 | $0.00 | $701.72 |
| 10 | AMERICAN EXPRESS CENTURION BANK c o Becket and Lee LLP POB 3001 Malvern PA 193550701 | 03/28/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $17,375.19 | $17,375.19 | $0.00 | $0.00 | $0.00 | $17,375.19 |

**Claim Notes:** (10-1) CREDIT CARD DEBT

|  |  |  |  |  |  |  | $71,040.14 | $56,289.55 | $0.00 | $0.00 | $0.00 | $56,289.55 |

Exhibit C

**CLAIM ANALYSIS REPORT**

Page No: 4

| Case No. | 11-43974-DRC |
| Case Name: | MILLER, WILLIAM C AND MILLER, DEBORAH B |
| Claims Bar Date: | 05/04/2012 |

| Trustee Name: | David E. Grochocinski |
| Date: | 1/31/2013 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $1,981.00 | $1,981.00 | $0.00 | $0.00 | $0.00 | $1,981.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $74.60 | $74.60 | $0.00 | $0.00 | $0.00 | $74.60 |
| Attorney for Trustee Fees (Trustee Firm) | $3,537.50 | $3,537.50 | $0.00 | $0.00 | $0.00 | $3,537.50 |
| General Unsecured § 726(a)(2) | $47,356.45 | $47,356.45 | $0.00 | $0.00 | $0.00 | $47,356.45 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $14,750.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $3,250.00 | $3,250.00 | $0.00 | $0.00 | $0.00 | $3,250.00 |
| Trustee Expenses | $90.00 | $90.00 | $0.00 | $0.00 | $0.00 | $90.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:        11-43974-DRC
Case Name:    WILLIAM C MILLER
                      DEBORAH B MILLER
Trustee Name:  David E. Grochocinski

Balance on hand:            $23,413.46

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:            $0.00
Remaining balance:            $23,413.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $3,250.00 | $0.00 | $3,250.00 |
| David E. Grochocinski, Trustee Expenses | $90.00 | $0.00 | $90.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $3,537.50 | $0.00 | $3,537.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $74.60 | $0.00 | $74.60 |
| Scott, Horewtich, Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $1,981.00 | $0.00 | $1,981.00 |

Total to be paid for chapter 7 administrative expenses:            $8,933.10
Remaining balance:            $14,480.36

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:            $0.00
Remaining balance:            $14,480.36

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:   $0.00
Remaining balance:   $14,480.36

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $47,356.45 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | PHARIA L.L.C. | $1,598.72 | $0.00 | $488.84 |
| 2 | PHARIA L.L.C. | $220.00 | $0.00 | $67.26 |
| 3 | Capital One, N.A. | $2,231.28 | $0.00 | $682.27 |
| 5 | Edfinancial Services for IDAPP | $13,458.99 | $0.00 | $4,115.41 |
| 6 | FIA CARD SERVICES NA/successor to | $7,197.63 | $0.00 | $2,200.85 |
| 7 | FIA CARD SERVICES NA/successor to | $3,984.20 | $0.00 | $1,218.26 |
| 8 | American Express Centurion Bank | $588.72 | $0.00 | $180.02 |
| 9 | American InfoSource LP as agent for | $701.72 | $0.00 | $214.57 |
| 10 | American Express Centurion Bank | $17,375.19 | $0.00 | $5,312.88 |

Total to be paid to timely general unsecured claims:   $14,480.36
Remaining balance:   $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:   $0.00
Remaining balance:   $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all

allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |