UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                             §        Case No. 11-43974-DRC
                                                   §
WILLIAM C MILLER                                   §
DEBORAH B MILLER                                   §
                                                   §
                        Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 4/12/2013, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   02/26/2013                          By:   /s/ David E. Grochocinski
                                                         (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 11-43974-DRC
 §
WILLIAM C MILLER §
DEBORAH B MILLER §
 §
 Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $25,000.00
*and approved disbursements of* $1,586.54
*leaving a balance on hand of[1]:* $23,413.46

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $23,413.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $3,250.00 | $0.00 | $3,250.00 |
| David E. Grochocinski, Trustee Expenses | $90.00 | $0.00 | $90.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $3,537.50 | $0.00 | $3,537.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $74.60 | $0.00 | $74.60 |
| Scott, Horewtich, Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $1,981.00 | $0.00 | $1,981.00 |

Total to be paid for chapter 7 administrative expenses: $8,933.10
Remaining balance: $14,480.36

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $14,480.36 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $14,480.36 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $47,356.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | PHARIA L.L.C. | $1,598.72 | $0.00 | $488.84 |
| 2 | PHARIA L.L.C. | $220.00 | $0.00 | $67.26 |
| 3 | Capital One, N.A. | $2,231.28 | $0.00 | $682.27 |
| 5 | Edfinancial Services for IDAPP | $13,458.99 | $0.00 | $4,115.41 |
| 6 | FIA CARD SERVICES NA/successor to | $7,197.63 | $0.00 | $2,200.85 |
| 7 | FIA CARD SERVICES NA/successor to | $3,984.20 | $0.00 | $1,218.26 |
| 8 | American Express Centurion Bank | $588.72 | $0.00 | $180.02 |
| 9 | American InfoSource LP as agent for | $701.72 | $0.00 | $214.57 |
| 10 | American Express Centurion Bank | $17,375.19 | $0.00 | $5,312.88 |

Total to be paid to timely general unsecured claims: $14,480.36

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-43974-DRC
William C Miller                                                    Chapter 7
Deborah B Miller
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster              Page 1 of 3              Date Rcvd: Feb 27, 2013
                              Form ID: pdf006              Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2013.
```
db/jdb     +William C Miller,   Deborah B Miller,   233 Shady Lane,   Downers Grove, IL 60515-2204
18579002    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17988601   +Amex,   P.O. Box 981537,   El Paso, TX 79998-1537
17988605   +Barclaysbk,   Po Box 8803,   Wilmington, DE 19899-8803
17988606   +Bmo Harris Bank,   Po Box 94034,   Palatine, IL 60094-4034
17988607   +Bmo Harris Trust& Savi,   111 W Monroe St,   Chicago, IL 60603-4095
18494559   +Capital One, N.A.,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
17988608   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17988609   +Chase- Bp,   P.O. Box 15298,   Wilmington, DE 19850-5298
17988610   +Dupage Medical Group,   1860 Paysphere Circle,   Chicago, IL 60674-0018
18516704   +Edfinancial Services for IDAPP,   Illinois Designated Account Purchase Pro,
             120 N Seven Oaks Drive,   Knoxville, TN 37922-2359
17988611   +Edfl Svcs/Idapp,   120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
18538894    FIA CARD SERVICES NA/successor to,   Bank of America NA(USA)MBNA Amer Bk NA,   PO Box 15102,
             Wilmington DE 19886-5102
17988620  ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
            (address filed with court:  Hsbc/Carsn,    Po Box 15524,   Wilmington, DE 19850)
17988622   +Merchants Cr (Original Creditor:Med,   223 W Jackson St Suite 900,   Chicago, IL 60606-6912
17988625   +Sears/Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
17988626    Target Nb,   C/O Target Credit Services,   Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18499051    E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 28 2013 02:55:58
             AMERICAN HONDA FINANCE CORPORATION,   NATIONAL BANKRUPTCY CENTER,   P.O. BOX 168088,
             IRVING, TX 75016-8088
17988600    E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 28 2013 02:55:58     American Honda Finance,
             2170 Point Blvd Ste 100,   Elgin, IL 60123
18619965    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2013 03:07:14
             American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
17988621   +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 28 2013 02:55:02     Kohls/Capone,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
18460304   +E-mail/Text: bncmail@w-legal.com Feb 28 2013 02:58:27     PHARIA L.L.C.,
             C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Alan Horewitch
18690338*    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17988602*   +Amex,   P.O. Box 981537,   El Paso, TX 79998-1537
17988604*   +Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
17988612*   +Edfl Svcs/Idapp,   120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
17988613*   +Edfl Svcs/Idapp,   120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
17988614*   +Edfl Svcs/Idapp,   120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
17988615*   +Edfl Svcs/Idapp,   120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
17988616*   +Edfl Svcs/Idapp,   120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
17988617*   +Edfl Svcs/Idapp,   120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
17988618*   +Edfl Svcs/Idapp,   120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
17988619*   +Edfl Svcs/Idapp,   120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
17988623*   +Merchants Cr (Original Creditor:Med,   223 W Jackson St Suite 900,   Chicago, IL 60606-6912
17988624*   +Merchants Cr (Original Creditor:Med,   223 W Jackson St Suite 900,   Chicago, IL 60606-6912
18463925*   +PHARIA L.L.C.,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
17988603   ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                                  TOTALS: 1, * 14, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: gbeemster            Page 2 of 3              Date Rcvd: Feb 27, 2013
                              Form ID: pdf006            Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2013**          **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: gbeemster           Page 3 of 3           Date Rcvd: Feb 27, 2013
                              Form ID: pdf006           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2013 at the address(es) listed below:
          Ariane  Holtschlag    on behalf of Trustee David E Grochocinski aholtschlag@wfactorlaw.com,
           nbouchard@wfactorlaw.com
          David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David E Grochocinski    dgrochocinski@innovalaw.com,  deg@trustesolutions.net
          David P Lloyd    on behalf of Trustee David E Grochocinski courtdocs@davidlloydlaw.com
          Gina B Krol, ESQ    on behalf of Joint Debtor Deborah B Miller gkrol@cohenandkrol.com,
           jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          Gina B Krol, ESQ    on behalf of Debtor William C Miller gkrol@cohenandkrol.com,
           jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          Michael A Miller    on behalf of Debtor William C Miller mmiller@robertjsemrad.com,
           rjscourtdocs@gmail.com
          Michael A Miller    on behalf of Joint Debtor Deborah B Miller mmiller@robertjsemrad.com,
           rjscourtdocs@gmail.com
          Patrick J. Semrad    on behalf of Debtor William C Miller psemrad@robertjsemrad.com,
           rjscourtdocs@gmail.com
          Patrick J. Semrad    on behalf of Joint Debtor Deborah B Miller psemrad@robertjsemrad.com,
           rjscourtdocs@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                  TOTAL: 11