**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-43974-DRC |
| | § | |
| WILLIAM C MILLER | § | |
| DEBORAH B MILLER | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1.00 | Assets Exempt: | $96,798.00 |
| Total Distributions to Claimants: | $14,480.36 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $10,519.64 | | |

3)      Total gross receipts of $25,000.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $14,750.59 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $10,519.64 | $10,519.64 | $10,519.64 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $47,356.45 | $47,356.45 | $14,480.36 |
| **Total Disbursements** | NA | $72,626.68 | $57,876.09 | $25,000.00 |

4).  This case was originally filed under chapter 7 on 10/28/2011.  The case was pending for -1341 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/07/2013                              By:   /s/ David E. Grochocinski
                                                     Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 233 Shady Lane, Downers Grove, IL 60515 | 1110-000 | $25,000.00 |
| **TOTAL GROSS RECEIPTS** | | $25,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | AMERICAN HONDA FINANCE CORPORATION | 4110-000 | NA | $14,750.59 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | NA | $14,750.59 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $3,250.00 | $3,250.00 | $3,250.00 |
| David E. Grochocinski, Trustee | 2200-000 | NA | $90.00 | $90.00 | $90.00 |
| Green Bank | 2600-000 | NA | $336.54 | $336.54 | $336.54 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $3,537.50 | $3,537.50 | $3,537.50 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $74.60 | $74.60 | $74.60 |
| Scott, Horewitch, Pidgeon & Abrams, LLC, Accountant for Trustee | 3410-000 | NA | $1,981.00 | $1,981.00 | $1,981.00 |
| KIM WIRTZ, Realtor for Trustee | 3510-000 | NA | $1,250.00 | $1,250.00 | $1,250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $10,519.64 | $10,519.64 | $10,519.64 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PHARIA L.L.C. | 7100-000 | NA | $1,598.72 | $1,598.72 | $488.84 |
| 2 | PHARIA L.L.C. | 7100-000 | NA | $220.00 | $220.00 | $67.26 |
| 3 | Capital One, N.A. | 7100-000 | NA | $2,231.28 | $2,231.28 | $682.27 |
| 5 | Edfinancial Services for IDAPP | 7100-000 | NA | $13,458.99 | $13,458.99 | $4,115.41 |
| 6 | FIA CARD SERVICES NA/successor to | 7100-000 | NA | $7,197.63 | $7,197.63 | $2,200.85 |
| 7 | FIA CARD SERVICES NA/successor to | 7100-000 | NA | $3,984.20 | $3,984.20 | $1,218.26 |
| 8 | American Express Centurion Bank | 7100-000 | NA | $588.72 | $588.72 | $180.02 |
| 9 | American InfoSource LP as agent for | 7100-000 | NA | $701.72 | $701.72 | $214.57 |
| 10 | American Express Centurion Bank | 7100-000 | NA | $17,375.19 | $17,375.19 | $5,312.88 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $47,356.45 | $47,356.45 | $14,480.36 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:    1                    Exhibit 8

| | |
|---|---|
| Case No.: | 11-43974-DRC |
| Case Name: | MILLER, WILLIAM C AND MILLER, DEBORAH B |
| For the Period Ending: | 5/7/2013 |

| | |
|---|---|
| Trustee Name: | David E. Grochocinski |
| Date Filed (f) or Converted (c): | 10/28/2011 (f) |
| §341(a) Meeting Date: | |
| Claims Bar Date: | 05/04/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 233 Shady Lane, Downers Grove, IL 60515 | $221,000.00 | $9,934.00 | | $25,000.00 | FA |
| 2 | CASH ON HAND | $1,100.00 | $0.00 | | $0.00 | FA |
| 3 | FURNITURE | $500.00 | $0.00 | | $0.00 | FA |
| 4 | CAMERA | $500.00 | $0.00 | | $0.00 | FA |
| 5 | HARRIS BANK CHECKING ACCOUNT | $3,016.00 | $0.00 | | $0.00 | FA |
| 6 | CLOTHING | $350.00 | $0.00 | | $0.00 | FA |
| 7 | OLDER FUR COAT | $100.00 | $0.00 | | $0.00 | FA |
| 8 | 401K | $52,000.00 | $0.00 | | $0.00 | FA |
| 9 | PENSION | $2,500.00 | $0.00 | | $0.00 | FA |
| 10 | WFM STUDIOS INC (S CORP | $1.00 | $1.00 | | $0.00 | FA |
| 11 | 2011 ANTICIPATED TAX REFUND | $500.00 | $0.00 | | $0.00 | FA |
| 12 | 1999 MAZDA PROTEGE | $1,557.00 | $0.00 | | $0.00 | FA |
| 13 | 2004 HONDA VTX1300 | $4,175.00 | $0.00 | | $0.00 | FA |
| 14 | 1998 SUZUKI 1400 INTRUDE 1400 | $500.00 | $0.00 | | $0.00 | FA |

TOTALS (Excluding unknown value)                                                                                          Gross Value of Remaining Assets

$287,799.00          $9,935.00                    $25,000.00          $0.00

**Major Activities affecting case closing:**
WAITING FOR TAX RETURNS

**Initial Projected Date Of Final Report (TFR):**          **Current Projected Date Of Final Report (TFR):**    12/30/2013          /s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1    Exhibit 9

| | |
|---|---|
| Case No. | 11-43974-DRC |
| Case Name: | MILLER, WILLIAM C AND MILLER, DEBORAH B |
| Primary Taxpayer ID #: | ******3888 |
| Co-Debtor Taxpayer ID #: | ******3889 |
| For Period Beginning: | 10/28/2011 |
| For Period Ending: | 5/7/2013 |

| | |
|---|---|
| Trustee Name: | David E. Grochocinski |
| Bank Name: | Green Bank |
| Checking Acct #: | ******7401 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/10/2012 | (1) | Deborah Miller | SALE OF REAL PROPERTY | 1110-000 | $25,000.00 | | $25,000.00 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $26.02 | $24,973.98 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $40.30 | $24,933.68 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $40.23 | $24,893.45 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $38.87 | $24,854.58 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $43.98 | $24,810.60 |
| 09/19/2012 | 3001 | KIM WIRTZ | BROKER FEES | 3510-000 | | $1,250.00 | $23,560.60 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $34.67 | $23,525.93 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $37.96 | $23,487.97 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $39.12 | $23,448.85 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $35.39 | $23,413.46 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $37.78 | $23,375.68 |
| 02/08/2013 | | Green Bank | Reverse Bank Fee | 2600-000 | | ($37.78) | $23,413.46 |
| 04/12/2013 | 3002 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $3,250.00 | $20,163.46 |
| 04/12/2013 | 3003 | David E. Grochocinski | Trustee Expenses | 2200-000 | | $90.00 | $20,073.46 |
| 04/12/2013 | 3004 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $3,537.50 | $16,535.96 |
| 04/12/2013 | 3005 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $74.60 | $16,461.36 |
| 04/12/2013 | 3006 | Scott, Horewitch, Pidgeon & Abrams, LLC | Distribution on Claim #: ; | 3410-000 | | $1,981.00 | $14,480.36 |
| 04/12/2013 | 3007 | PHARIA L.L.C. | Distribution on Claim #: 1; | 7100-000 | | $488.84 | $13,991.52 |
| 04/12/2013 | 3008 | PHARIA L.L.C. | Distribution on Claim #: 2; | 7100-000 | | $67.26 | $13,924.26 |
| 04/12/2013 | 3009 | Capital One, N.A. | Distribution on Claim #: 3; | 7100-000 | | $682.27 | $13,241.99 |
| 04/12/2013 | 3010 | Edfinancial Services for IDAPP | Distribution on Claim #: 5; | 7100-000 | | $4,115.41 | $9,126.58 |
| 04/12/2013 | 3011 | FIA CARD SERVICES NA/successor to | Distribution on Claim #: 6; | 7100-000 | | $2,200.85 | $6,925.73 |
| 04/12/2013 | 3012 | FIA CARD SERVICES NA/successor to | Distribution on Claim #: 7; | 7100-000 | | $1,218.26 | $5,707.47 |
| 04/12/2013 | 3013 | American Express Centurion Bank | Distribution on Claim #: 8; | 7100-000 | | $180.02 | $5,527.45 |
| 04/12/2013 | 3014 | American InfoSource LP as agent for | Distribution on Claim #: 9; | 7100-000 | | $214.57 | $5,312.88 |
| 04/12/2013 | 3014 | VOID: American InfoSource LP as agent for | | 7100-003 | | ($214.57) | $5,527.45 |
| 04/12/2013 | 3015 | American Express Centurion Bank | Distribution on Claim #: 10; | 7100-000 | | $5,312.88 | $214.57 |
| | | | **SUBTOTALS** | | $25,000.00 | $24,785.43 | |

# FORM 2

Page No: 2          Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-43974-DRC | |
| **Case Name:** | MILLER, WILLIAM C AND MILLER, DEBORAH B | |
| **Primary Taxpayer ID #:** | ******3888 | |
| **Co-Debtor Taxpayer ID #:** | ******3889 | |
| **For Period Beginning:** | 10/28/2011 | |
| **For Period Ending:** | 5/7/2013 | |

| | |
|---|---|
| **Trustee Name:** | David E. Grochocinski |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******7401 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/12/2013 | 3016 | American InfoSource LP as agent for | | 7100-000 | | $214.57 | $0.00 |
| | | | **TOTALS:** | | $25,000.00 | $25,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $25,000.00 | $25,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $25,000.00 | $25,000.00 | |

**For the period of 10/28/2011 to 5/7/2013**

| | |
|---|---|
| Total Compensable Receipts: | $25,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $25,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/10/2012 to 5/7/2013**

| | |
|---|---|
| Total Compensable Receipts: | $25,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $25,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

Exhibit 9

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 11-43974-DRC | |
| Case Name: | MILLER, WILLIAM C AND MILLER, DEBORAH B | |
| Primary Taxpayer ID #: | ******3888 | |
| Co-Debtor Taxpayer ID #: | ******3889 | |
| For Period Beginning: | 10/28/2011 | |
| For Period Ending: | 5/7/2013 | |

| | |
|---|---|
| Trustee Name: | David E. Grochocinski |
| Bank Name: | Green Bank |
| Checking Acct #: | ******7401 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $25,000.00 | $25,000.00 | $0.00 |

**For the period of 10/28/2011 to 5/7/2013**

| | |
|---|---|
| Total Compensable Receipts: | $25,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $25,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/28/2011 to 5/7/2013**

| | |
|---|---|
| Total Compensable Receipts: | $25,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $25,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI